UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                      06-cr-43-01-SM

<u>Shaun Hansen</u>,
    Defendant

<u>O R D E R</u>

Defendant Hansen's motion to continue the final pretrial conference and trial is granted (document no. 9). Defendant Hansen has filed a Waiver of Speedy Trial. Trial has been rescheduled for the month of October 2006.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for September 25, 2006 at 3:00 p.m. in Room 421.

Jury selection will take place on October 3, 2006 at 9:30 a.m.

SO ORDERED.

                                                Steven J. McAuliffe
                                                Chief Judge

April 3, 2006

cc:   Jeffrey Levin, Esq.
      Lily Chinn, Esq.
      Nicholas Marsh, Esq.
      U.S. Marshal
      U.S. Probation