UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                          Case No. 06-cr-43-01-SM

<u>Shaun Hansen</u>

<u>O R D E R</u>

Defendant's assented-to motion to continue the trial (document no. 21) is granted. Trial has been rescheduled for the December 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than October 2, 2006. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:      November 27, 2006 at 4:00 PM

    Jury Selection:             December 5, 2006 at 9:30 AM

    SO ORDERED.

September   26,  2006

                                               Steven J. McAuliffe
                                             Chief  Judge

cc:  Andrew Levchuk, Esq.
     Lily Chinn, Esq.
     Nicholas Marsh, Esq.
     Jeffrey Levin, Esq.
     U. S. Probation
     U. S. Marshal