UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.                                Case No.  06-cr-43-01-SM

<u>Shaun Hansen</u>

<u>O R D E R</u>

Defendant Hansen's motion to continue the final pretrial conference and trial is granted (document 36).   Trial has been rescheduled for the May 2008 trial period.   Defendant Hansen shall file a waiver of speedy trial rights not later than March 3, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  April 25, 2008  at 11:00 a.m.

**Jury Selection**:  May 6, 2008 at 9:30 a.m.

SO ORDERED.

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

February 20, 2008

cc: Jeffrey Levin, Esq.
    Andrew Levchuk, AUSA
    Nicholas Marsh, AUSA
    Albert C. Rees, Jr., AUSA
    US Probation
    US Marshal